# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JOSEPH POST,<br><br>        Plaintiff,<br><br>v.<br><br>FAIRWAY INDEPENDENT MORTGAGE CORPORATION; and JOHN DOES 1-10,<br><br>        Defendants. | Case No: 2:19-cv-00011-BMM<br><br>ORDER GRANTING UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT PRELIMINARY PRETRIAL CONFERENCE |

THIS MATTER comes before the court on defendant Fairway Independent Mortgage Corporation's unopposed motion to appear telephonically at the preliminary pretrial conference. The court, having reviewed the motion and being fully advised in its premises, hereby GRANTS the motion. **ALL PARTIES will attend the preliminary pretrial conference set for March 5, 2019 at 11:00 a.m. by TELEPHONE**. The Court will contact the parties with the call-in number.

DATED this 19th day of February, 2019.

_____
Brian Morris
United States District Court Judge

1