IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOSEPH POST,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRWAY INDEPENDENT MORTGAGE CORPORATION; and JOHN DOES 1-10,<br><br>    Defendants. | Case No: 2:19-cv-00011-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER comes before the court on the stipulation of dismissal with prejudice filed by plaintiff Joseph Post and defendant Fairway Independent Mortgage Corporation. The court, having reviewed the stipulation, finds it should be approved. NOW, THEREFORE, it is ORDERED: all claims in this case are dismissed, with prejudice, each party to bear its own attorney's fees and costs.

DATED this 28th day of October, 2019.

_____
Brian Morris
United States District Court Judge

1

50582884;1